AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23mj320 |
| BRANDON HEFFNER | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Brandon Heffner                                                               .

Date:   02/01/2024                              /s Martin Bienstock
                                                *Attorney's signature*

                                                Martin Bienstock / 1018852
                                                *Printed name and bar number*
                                                1629 K St. NW
                                                Suite 300
                                                Washington, DC 20006

                                                *Address*

                                                mbienstock@bienstockpllc.com
                                                *E-mail address*

                                                (202) 908-6600
                                                *Telephone number*


                                                *FAX number*