# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | No. 1:23-mj-00320 MAU |
| BRANDON HEFFNER | ) ) ) | |
| *Defendant* | ) ) | |

# ORDER GRANTING MOTION FOR ADMISSION OF
# <u>ATTORNEY ANDRES JALON, PRO HAC VICE</u>

The Court has reviewed the Motion for Admission of attorney Andres Jalon, pro hac vice. Upon consideration of that motion, the Court grants attorney Andres Jalon pro hac vice admission to this Court.

IT IS SO ORDERED

_____                    _____
Date                             United States District Judge

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  No. 1:23-mj-00320 MAU |
| | ) |
| BRANDON HEFFNER | ) |
| | ) |
| *Defendant* | ) |

### MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Pursuant to Local Rule 83.2(c)(2), the undersigned, Martin Bienstock, Esquire, an active and sponsoring member of the Bar of this Court, moves for the admission and appearance of attorney Andres Jalon, *pro hac vice*, in the above-entitled action.

1. Movant, Martin Bienstock, Esquire, of Bienstock PLLC, is an active member in good standing of the United States District Court for the District of Columbia and is authorized to file documents through the Court's electronic case filing system (ECF).

2. This motion is supported by the Declaration of Andres Jalon attached hereto and marked Exhibit A.

3. Andres Jalon is not admitted to practice in the United States District Court for the District of Columbia, however, as stated in the attached Declaration, he is admitted and an active member in good standing with the following courts and bars: Pennsylvania Supreme Court; USDC-Eastern District of PA; US Court of Appeals-Eastern District; USDC-Middle District of PA. A Certificate of Good Standing issued by the Supreme Court of Pennsylvania, is attached hereto and marked Exhibit B.

4. Movant, Martin Bienstock, Esquire, attests that he has read the attached Declaration

of Andres Jalon and believes that the representations contained therein are true and correct.

5.      Movant respectfully requests Andres Jalon, Esquire, be designated lead counsel for the Defendant with whom the Court may readily communicate regarding the conduct of the case, upon whom filings shall be served and who shall be responsible for filing and serving documents and things electronically.

6.      Pursuant to the rules governing *pro hac vice* admission, movant hereby requests the Court to provide Notice of Electronic Filings to Andres Jalon, Esq., at the following email address: *AJalon@Kitaylegal.com*.

**WHEREFORE**, Movant, Martin Bienstock, Esquire, moves this Court to enter an Order granting Andres Jalon, Esquire, to appear before this Court as lead counsel on behalf of the Defendant, for all purposes relating to the proceedings in the above matter and directing the Clerk to provide notice of electronic filings to Andres Jalon.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

  February 1, 2022
Dated

MARTIN BIENSTOCK, ESQUIRE
DC Bar # 1018852
1629 K St. NW, Suite 300
Washington, DC 20006
(202)908-6601 phone
*Email: MBienstock@BienstockPLLC.com*

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** </br> Plaintiff(s) </br></br> vs. </br></br> **BRANDON HEFFNER** </br> Defendant(s) | Case Number:   1:23-mj-00320 |

### DECLARATION FOR PRO HAC VICE ADMISSION
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Andres Jalon

2. State bar membership number: Pennsylvania Bar ID 083685

3. Business address, telephone and fax numbers:

    1258 Penn Ave., Wyomissing, PA 19610  (610)373-8000 ph  /  (484)350-3200 fax

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:   Pennsylvania Supreme Court, USDC-Eastern District of PA, US Court of Appeals-Eastern District, USDC-Middle District of Pennsylvania

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑
(Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years.   0

    (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?   No

9. Do you have a pending application for admission into USDC for the District of Columbia?   No.

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

(CHECK ALL ITEMS THAT APPLY)

1. [✓] has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. [ ] has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. [ ] has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

_1/30/24_
DATE

ANDRES JALON, ESQUIRE

2

# **EXHIBIT B**



### Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Andres Jalon, Esq.*

#### DATE OF ADMISSION

*September 10, 1999*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  January 22, 2024

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk