# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 1:23-mj-00320 MAU |
| BRANDON HEFFNER | ) |
| *Defendant* | ) |

## ORDER GRANTING MOTION FOR ADMISSION OF
## ATTORNEY ANDRES JALON, PRO HAC VICE

The Court has reviewed the Motion for Admission of attorney Andres Jalon, pro hac vice. Upon consideration of that motion, the Court grants attorney Andres Jalon pro hac vice admission to this Court.

IT IS SO ORDERED

_____
HON. G. MICHAEL HARVEY,
United States Magistrate Judge