**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.  Criminal Number  1:23-mj-00320

BRANDON HEFFNER
(Defendant)

TO: ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA      ☒ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

/s/
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Andres Jalon - PA Supreme Court Bar ID 83685
(Attorney & Bar ID Number)

Kitay Law Offices
(Firm Name)

1258 Penn Avenue
(Street Address)

Wyomissing, PA 19610
(City)   (State)   (Zip)

610-373-8000
(Telephone Number)