**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 23-mj-320 MAU** |
| | **:** | |
| **BRANDON HEFFNER,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**UNOPPOSED MOTION TO CONTINUE STATUS HEARING AND TO EXCLUDE**
**TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, moves the Court for the entry of an order continuing the status hearing presently set for May 7, 2024 at 1:00 p.m. to June 27, 2024 at 1:00 p.m. or soon after. The parties agree that the time between May 7, 2024 and the date of the next hearing should be excluded from calculation under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A), due to additional time to review the voluminous discovery. There is no opposition to the entry of an order from the defense.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

/s/ *Adam M. Dreher*
ADAM M. DREHER
Assistant United States Attorney
Michigan Bar No. P79246
601 D St. N.W.
Washington, D.C. 20530
(202) 252-1706